UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

-------------------------------------------------------x
LONNIE W. KING, JR.
                      Plaintiff,

    -against-

SOUTHWESTERN INDIAN POLYTECHNIC INSTITUTE
                      Defendant.
-------------------------------------------------------x

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

09 FEB 12 PM 2:59

CLERK-ALBUQUERQUE

CIV-09-141 MCA ACT

## COMPLAINT

1. At all times hereinafter mentioned, plaintiff was and still is a resident of 7712 Mallard Avenue NW, Albuquerque, New Mexico 87114.

2. Defendant, SOUTHWESTERN INDIAN POLYTECHNIC INSTITUTE, is a U.S. Government agency, having a main office at 9169 Coors Blvd. NW, Albuquerque, New Mexico 87120.

3. The jurisdiction of this court is invoked persuant to 28 U.S.C. § 1331

4. The SOUTHWESTERN INDIAN POLYTECHNIC INSTITUTE failed to pay a settlement owed to plaintiff from an arbitration award, dated 10/13/2006.

5. WHEREFORE, plaintiff demands:
    Money damages in the amount of $18,620.03, plus interest, plus all court fees, and
    any further relief which the court may deem appropriate.

*[signature]*

7712 Mallard Avenue NW
Albuquerque, NM 87114
(505)-792-9795

Date: 02/11/2009